No. 04-01-00817-CV



In Re Elizabeth Healy MCALISTER





From the 25th Judicial District Court, Guadalupe County, Texas


Trial Court No. 98-1350-CV


Honorable Gus J. Strauss, Judge Presiding




PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Karen Angelini, Justice

 

Delivered and Filed: January 30, 2002


PETITION FOR WRIT OF INJUNCTION DENIED

 On December 14, 2001, Relator Elizabeth Healy McAlister filed a Petition for Writ of
Injunction under two separate appellate cause numbers. On January 16, 2002, the Court issued an
opinion in McAlister v. McAlister, cause number 04-00-00604-CV, reversing the underlying judgment
and dismissing the proceeding on which the petitions for injunctive relief arise. For this reason,
Appellant/Relator's petitions are DENIED AS MOOT. Appellant/Relator shall pay all costs incurred
in appellate cause number 04-01-00817-CV. 

 PER CURIAM

DO NOT PUBLISH